

# STEVENSON MARINO LLP

**Jeffrey R. Maguire**, Esq., Partner     o: (212) 939-7229     f: (212) 531-6129
a: 445 Hamilton Avenue, Suite 1500, White Plains, NY 10601
e: jmaguire@stevensonmarino.com

January 4, 2024

<u>*Via ECF*</u>
The Honorable Katherine Polk Failla
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007



Re:     *Melendez v. New York City Health + Hospitals Corp.*
        <u>*Docket No: 22-cv-6984 (KPF)*</u>

Dear Judge Failla:

We represent Plaintiff Jennifer Melendez in the above-referenced matter alleging disability discrimination under the Americans with Disabilities Act of 1990, as amended, and the New York City Human Rights law, against her former employer, NYC Health + Hospitals Corporation ("Defendant"). We write on behalf of Plaintiff and Defendant to request a seven-day extension of the parties' deadline to submit a Stipulation of Settlement and Dismissal for the Court to So Order, extending the deadline from January 4, 2024, to January 11, 2024. On January 4, 2024, Plaintiff provided the executed documents to consummate the parties' settlement. Defendant stated that additional time was necessary to review the signed documents before providing a counter-signed document. Because the parties anticipate a fully executed agreement shortly, the parties believe that an extension of the Court's deadline is appropriate as opposed to restoration of the action to the calendar. The parties do not anticipate any issues, as the agreement terms have already been finalized.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Jeffrey R. Maguire
Stevenson Marino LLP

To: Defendant's Counsel *via* ECF

Application GRANTED, *nunc pro tunc*.  The parties shall file their settlement papers on or before **January 11, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket number 27.

Dated:     January 5, 2024            SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE